ACCEPTED
01-15-00976-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 5:35:00 PM
CHRISTOPHER PRINE
CLERK

# G  Ernie Garcia, Attorney at Law

Auto Accidents  ·  Business Law  ·  Debt  ·  Eviction  ·  Wills & Probate

December 15, 2015

1ST Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 5:35:00 PM
CHRISTOPHER A. PRINE
Clerk

RE:  Case No. 01-15-00976-CV; *Valdo Rodriguez vs. Nora Avila* in the 1ST District Court of Appeals of Texas.

To the clerk of said court,

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 5:35:00 PM
CHRISTOPHER A. PRINE
Clerk

I am the attorney of record for Mr. Rodriguez in the case styled above. I hereby submit this payment of $205 for the filing fee due in this case.

Please feel free to contact my office if you should have any questions.

Regards,

Ernie Garcia,
Attorney at Law

Phone:  (832) 305-7694
Fax: (832) 553-2984
Email: Ernie.Garcia@attorneyeg.com
616 FM 1960, Suite 105, Houston, Texas 77090